UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RODNEY D. OWSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.  1:07-CV-73 TS |
| v. | ) |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

Rodney D. Owsley brought this action to review a final decision of the Commissioner of Social Security to deny him benefits. Along with his Complaint, he filed a Petition for Leave to Proceed in Forma Pauperis.

Pursuant to the federal in forma pauperis statute, 28 U.S.C. § 1915, the court may authorize a plaintiff to proceed in forma pauperis if he demonstrates an inability to pay the required fees. The Petition declares that Mr. Owsley is not employed and has two dependants. The Petition also states that Mr. Owsley has no significant assets and has had minimal income for the past twelve months. In light of his reported financial situation, the Court is satisfied that the Plaintiff meets the statutory poverty requirements under 28 U.S.C. § 1915(a).

As part of the Petition to proceed in forma pauperis, the court also conducts a review of the claims and dismisses the complaint if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)–(iii). The Plaintiff's Complaint adequately sets forth the nature of his claim and his belief that he is entitled to redress. The Plaintiff's Complaint states that the action is an appeal from a final administrative decision denying his claim for lack of disability. The

Plaintiff alleges that he is disabled and that the Defendant's conclusions and findings are not supported by substantial evidence and are contrary to law and regulations. Because the Plaintiff has exhausted his administrative remedies, adequately set forth the nature of his action in the Complaint, and filed a timely Complaint, the Plaintiff satisfies the inquiry under 28 U.S.C. § 1915(e)(2)(B).

For the foregoing reasons, the Court: (1) **GRANTS** the *in forma pauperis* petition [DE 2]; (2) **DEFERS** the filing fee; (3) **ORDERS** the Plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that he receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the Defendant.

SO ORDERED on April 4, 2007.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION