UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **RODNEY D. OWSLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL NO. 1:07-CV-00073 |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Rodney D. Owsley on February 25, 2008. (Docket # 25.) Defendant Commissioner of Social Security has apparently declined to file a response.

On January 10, 2008, this Court entered an Opinion and Order remanding this case to the Social Security Administration for further proceedings. (Docket # 23.) Owsley is now seeking $2,922.50 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

Accordingly, Owsley's request for attorney fees will be granted.

## **CONCLUSION**

For the foregoing reasons, Owsley's motion for award of attorney's fees under the EAJA (Docket # 25) is GRANTED in the amount of $2,922.50.

Enter for March 19, 2008.

S/ Roger B. Cosbey
Roger B. Cosbey
United States Magistrate Judge